United States Courts
Southern District of Texas
FILED
DEC 21 2023  BM
Nathan Ochsner, Clerk
Laredo Division

# STATEMENT OF CLAIM:

ON DECEMBER 15, 2023 SGT Deputy CORDOVA, Deputy STORM, Deputy VALDEZ, FORCE ENTRY INTO A PRIVATE PROPERTY. THERE IS A SIGN THEY ARE TWO SIGN THAT SAY "PRIVATE PROPERTY" "NO TRESPASSING". THEY ARE VIOLATING MY Civil RIGHTS, THEY USE EXCESSIVE FORCE ON ME THEY PUT THE HANDCUFS SO, SO, SO TIGHT. ON THE FIRST WEEK OF AUGUST 2023 SGT. Deputy CORDOVA CAME TO ME I'S BEEN TWO TIMES HE ARRESTED Me County Court Law #1, JUDGE HUGO MARTINEZ, IS LEGALLY LIABLE OF THE EXTORTION, THE FIRST TIME THEY CAME IN AUGUST, THE SECOND Mo THIS MONTH OF December 2023. THE SAN ANTONIO, TX MENTAL HOSPITAL A Doctor TOLD ME YOU GO BACK TO LAREDO TX PUT A RESTRAIN ORDER ON LETICIA Vi ESTRADA,

1. OF 8.

Now the Edinburg, TX "Doctors Hospital at Renaissance" Doctor Daniel Gustavo Herrera, said to me this the second time she is extortion you. The first San Antonio, TX and second Edinburg, TX you live tomorow which was a Monday December 18, 2023 got home at noon. At Edinburg, TX they took me took the hospital to the emergency room symtoms of a heart attack my high blood presoure super ~~less~~ high end up emergency room. What the doctor said at Doctor Hospital at Renaissance, this is the second time she is extortion you. You go home tomolow Monday 12-18-23 I google" she date is extortion to you.

2. of 8.

"You should report her to the authorities right away since what she is doing and threatening to do is illegal and might put your at risk. Then get a lawyer that specializes in "Extortion" and sue the woman mercifuless. All the defendants clerk of the court, are legally liable of "Extortion". They have me under imminent danger having a serious physical injury plus extortion. I do seek relief for monetary damages they took all my belongings because of the defendant. The State of Texas, is legally liable of abuse of authority, they are already cause me harm, loss and damage. I want the court to stop the defendants doing me extortion.

3. of 8.

WITH RESPECT COURT HELP ME OUT AND CONFIRM I AM A FORMAL SECRET AGENT OF THE FEDERAL GOVERNMENT, I DO CLAIM OF BEING A FORMAL SECRET AGENT OF "ICE" AND OF FEDERAL GOVERNMENT, THE HONORABLE JUDGE DIANA SALDANA, CAN CONFIRM OF WHAT AM SAYING, "I WOULD LIKE TO COURT TO "STOP" THE STATE OF TEXAS, OF DOING EXTORTION TO ME. I AM SUING DOING A LEGAL PROCEEDINGS AGAINST ALL THE PARTIES THE TO THIS "SUE". I DO BRING THIS "SUIT" AGAINST ALL THE PARTIES TO THE SUIT. I DO SEEN MONETARY DAMAGES FIXING TO HAVE A "HEART ATTACK" BECAUSE ALL THE DEFENDANTS. I DO HAVE A LEGAL CLAIM COURT AND I DO DEMAND

4. OF 8.

DOLLAR AMOUNT AMOUNT $25,000,000 I PROMISE YOU CLERK OF THE COURT, THE STATE OF TEXAS, HAS ME WITH SO MUCH HARM, LOSS AND DAMAGE. I DO DEMAND DOLLAR AMOUNT $25,000,000 THEY ARE EXTORTION ME TRY FOR TO CAUSE DEATH HARM DO HAVE ME AT RISK THE PARTIES TO THE "SUIT." I DO DECLARE UNDER PENALTY OF PERJURY ALL FACTS PRESENTED IN THIS COMPLAINT AND ATTACHMENT THERE TO ARE TRUE AND CORRECT. I DO SEEK RELIEF FROM THE DEFENDANTS I KNOW THAT I AM ENTITLED TO DEMAND DOLLAR AMOUNT $25,000,000 I SEEK REDRESS MY DEMAND DOLLAR AMOUNT $25,000,000 THEY STATE OF TEXAS, HAS ALREADY DESTROY ME DO HAVE HARM.

5. OF 8.

I DO CLAIM COURT THAT Deputy VALDEZ, AND Deputy STERN, HAD NO RIGHT TO DO PHYSICAL FORCE ON ME. THEY WERE FIXING TO SHOOT ME WITH A "TASER GUN" THEY WENT AT ME VERY STRONG WITH PHYSICAL FORCE PLUS TRESSPASS PRIVATE PROPERTY. THEY FORCE THERE ENTRY TWO BIG WHITE GATES, INTO MY HOME. I DO CLAIM THEY USE ALOT WRONG WORDS TO ME. THEY HAVE ME UNDER EXTORTION WEBB COUNTY SHERIFF OFFICE IS LEGALLY LIABLE OF PHYSICAL FORCE. I DO CLAIM AM PERMENT DISABLE DO HAVE PHYSICAL DAMAGE AND THE DEPUTIES DOING PHYSICAL FORCE ON ME INSIDE MY HOME THIS TO ME.

6. OF 8.

I DO SEEK RELIEF he.Know, I WANT FOR THE COURT TO STOP DEFENDANT LETICIA VALDEZ ESTRADA, OF DOING ALWAYS DOING THEFT TO ME SHE JUST DID IT THIS WEEKEND AGAIN TOOK STOLL ALL MY BELONGINGS SHOES Y PANS, SUCH AS UNDER WEAR, ALL MY WINTER CLOTH, SHE IS STEALING Y DOING EXTORTION TO ME, I HAVE SEVERAL WITNESS THAT HAVE NOTICE THAT AM UNDER EXTORTION. FORCING ME ALSO TO SIGN MY "MOTHERS ESTATE" MY MOTHER DID NOT MAKE A WILL, ALL THE DEFENDANTS HAVE ME UNDER IMMINENT DANGER HAVE CAUSE ME SERIOUS PHYSICAL INJURY. THEY DO TORTURE ME AND DOING "EXTORTION" TO ME I PROMISE. I SEE THE HARM WHEN I LOOK IN MIRROR. THE COURT TO STOP DEFENDANTS OR DO CAUSE ME WRONGFUL DEATH. HELP!!

DEFENDANT: BORDER PATROL, PART OF THE EXTORTION/ CALL ME WE CAN GIVE YOU SOME PHONE # TO SEE WHERE THEY GIVE YOU SHOES OR SOME WINTER CLOTH. THAT WAS TODAY DECEMBER 20, 2023. DO ACKNOWLEDGE DEFENDANT LETICIA V. ESTRADA, DOING EXTORTION TO ME. I PUT MYSELF UNDER OATH THAT AM BEING HONEST TO THE COURT ALSO ALL THE DEFENDANTS. DEMANDED MONEY WITH MENACES, EXTORTION, EXTRATION, BLACKMAIL, SHAKEDOWN. THE SHERIFFS OFFICE, THEY ARE USING FORCE AND THREATS. EVEN DEFENDANT CLAUDIA LANESE GACIA, ACSO. THEIR DEMAND FOR MY MOTHERS ESTATES AND INTENTIONAL CAUSING HARM. DEFENDANT LETICIA V. ESTRADA STOLD OVER $4,000 SHOES AND CLOTHING. Lucky ME TOOK computer tablet, cell,

8. OF 8.

RELIEF:

I DO SEEK REDRESS! I SEEK RELIEF REDRESS FEELING OF REASSURANCE AND RELAXATION following RELEASE FROM ANXIETY OR DISTRESS. I SEEK RELIEF MONEY. I DO CLAIM MY DEMAND DOLLAR AMOUNT $25,000,000 I SEEK FOR MONETARY DAMAGES COURT. DEFENDANTS LETICIA V. ESTRADA ALSO FORCE ENTRY AND ABUSE OF THIS YEAR MY NEIGHBOR WITNESS LETICIA V. ESTRADA, FORCE ENTRY THREW FRONT GATE AND FORCE ENTRY THE FRONT DOOR OF MY HOME. SHE IS EXTORTION ME SHE TOOK ALL MY CLOTHES 4 PAIR OF TENNIS THE WEBB COUNTY SHERIFF OFFICE, GETS ME OUT OF THE HOUSE LETICIA V. ESTRADA COMES IN COMMITS THEFT SHE IS MERCILESS AM SUE IN HER AND ALL THE DEFENDANTS THE PARTIES TO THE SUIT.

DEFENDANT #3: JUDGE HUGO MARTINEZ, COUNTY COURT LAW #1, 1110 VICTORIA ST., LAREDO, TX 78040 BRIEFLY DESCRIBE THE ACTS OR OMMISSION OF THIS DEFENDANT, WHICH YOU CLAIMED HARMED YOU. HE HAS ME UNDER IMMINENT DANGER HAVING A SERIOUS PHYSICAL INJURY HE HAS ME UNDER EXTORTION.

DEFENDANT #4: STATE OF TEXAS, 1110 VICTORIA ST. LAREDO, TX 78040 BRIEFLY DESCRIBE THE ACTS OR OMMISSION OF THIS DEFENDANT, WHICH YOU CLAIMED HARMED YOU. HAVE ME UNDER IMMINENT DANGER HAVING A SERIOUS PHYSICAL INJURY DOING EXTORTION TO ME.

DEFENDANT #5: SGT. CORDOVA, 902 VICTORIA ST., LAREDO, TX 78040 BRIEFLY DESCRIBE THE ACTS OR OMMISSION OF THIS DEFENDANT WHICH YOU CLAIMED HARMED YOU. HAS ME UNDER IMMINENT DANGER HAVING A SERIOUS PHYSICAL INJURY PART OF I BEING UNDER EXTORTION.

PARTIES TO THE SUIT:

A. NAME OF ADDRESS OF PLAINTIFF: 1710 McLelland Ave. 78040

B. FULL NAME OF EACH DEFENDANT, HIS OFFICIAL POSITION, HIS PLACE OF EMPLOYMENT, AND HIS FULL MAILING ADDRESS.

Defendant #1: Webb County Justice Center, briefly describe the acts or omission of this defendant, which you claimed harm you. They have me under extortion, imminent danger having a serious physical injury. 1110 Victoria St, Laredo TX 78040

Defendant #2: Webb County Sheriff Office, 902 Victoria St, Laredo, TX 78040 briefly describe the acts or omissions of this defendant, which you claimed harm you. They have me under imminent danger having a serious physical injury. Doing extortion to me.

Defendant #6: Deputy Storm, 902 Victoria St., Laredo, TX 78040 Briefly describe the acts or ommissions of this defendant, which you claimed harm you. He has me under imminent danger having a serious physical injury also part of I being under extortion...

Defendant #7: Deputy Valdez, 902 Victoria St., Laredo, TX 78040 Briefly describe the act or ommission of this defendant which you claimed harm you. He has me under imminent danger having a serious physical injury also part of I being under extortion.

Defendant #8: Leticia Vasquez Estrada, 10210 Basin Field, San Antonio, TX 78245 Briefly describe the act or ommission of this defendant which you claimed harm you. Has me under serious extortion she is extortion me.

Defendant #8: Also has me under imminent danger having a serious physical injury doing extortion as we speak causing so much harm.

Defendant #9: Border Region, 1500 Pappas St Laredo, TX 78041 also part of I being under imminent danger having a serious physical injury.

Defendant #10: Daniel Gustavo Herrera 5501 S. McColl Rd. Edinburg, TX 78539 He knows that am under extortion. Under imminent danger having a serious physical injury.

Defendant #11: The Law Offices of Claudia Loneso Garcia, 2913 McPherson Road, Suite 103 Laredo Texas 78045. She is part of the extortion. Under imminent danger having a serious physical injury.