United States District Court
Southern District of Texas
**ENTERED**
May 10, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CARLOS HUGO VALDEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:23-CV-00152 |
| | § | |
| **WEBB COUNTY JUSTICE CENTER,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order & Memorandum signed on May 10, 2024, it is hereby ORDERED that:

(1) Plaintiff Carlos Hugo Valdez's application for *in forma pauperis* status is GRANTED;

(2) Plaintiff Carlos Hugo Valdez's claims against Defendant Leticia Valdez Estrada are DISMISSED without prejudice for lack of personal jurisdiction;

(3) Plaintiff Carlos Hugo Valdez's claims against Defendant Law Offices of Claudia Lanese Garcia are DISMISSED without prejudice for lack of personal jurisdiction;

(4) Plaintiff Carlos Hugo Valdez's claims against Defendant Gustavo Herrera are DISMISSED without prejudice for lack of personal jurisdiction;

(5) Plaintiff Carlos Hugo Valdez's claims against Defendant State of Texas are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii);

(6) Plaintiff Carlos Hugo Valdez's claims against Defendant "Border Region" are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii);

(7) Plaintiff Carlos Hugo Valdez's claims against Defendant Judge Martinez are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii);

(8) Plaintiff Carlos Hugo Valdez's claims against Defendant Webb County Justice Center are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

(9) Plaintiff Carlos Hugo Valdez's claims against Defendant Webb County Sheriff's Department are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

(10) Plaintiff Carlos Hugo Valdez's claims against Defendant Cordova are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

(11) Plaintiff Carlos Hugo Valdez's claims against Defendant Stern are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(12) Plaintiff Carlos Hugo Valdez's claims against Defendant Valdez are DISMISSED without prejudiced pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

(13) This case is DISMISSED WITHOUT PREJUDICE.

(14) In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." Fed. R. Civ. P. 58.

This is a FINAL JUDGMENT.

SIGNED this May 10, 2024.

_____
Diana Saldaña
United States District Judge